UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLSTATE INSURANCE COMPANY,

        NO. CIV. S-11-249 LKK/GGH

    Plaintiff,

  v.

JOHN STEFFES and DOUGLAS C. DUIN,

**O R D E R**

    Defendants.

_____/

Each of the parties in the above-captioned case has consented to proceed before the Magistrate Judge. <u>See</u> 28 U.S.C. § 636(c). According to Local Rule 305, both the district court judge assigned to the case and the magistrate judge must approve the reference to the magistrate judge.

The undersigned has reviewed the file herein and recommends that the above-captioned case be reassigned and referred to the magistrate judge for all further proceedings and entry of final judgment.

IT IS ORDERED that any hearing dates currently set before the district judge are **VACATED**.

IT IS FURTHER ORDERED that the Clerk of the Court reassign

1  this case to the Honorable Gregory G. Hollows, United States
2  Magistrate Judge. All future documents filed in the above-
3  captioned case shall reference the following case number: No. Civ.
4  S-11-0249 GGH.
5      DATED: April 29, 2011

                                    /s/Lawrence K. Karlton
6                                   LAWRENCE K. KARLTON
7                                   SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
8

9      Having also reviewed the file, I accept reference of this case
10 for all further proceedings and entry of final judgment. The dates
11 set in the April 6, 2011, order shall remain in effect.
12      DATED: April 29, 2011
                                     /s/ Gregory G. Hollows
13                                  _____
                                    GREGORY G. HOLLOWS
14                                  UNITED STATES MAGISTRATE JUDGE
15
   allstate249.consent
16
17
18
19
20
21
22
23
24
25
26

2