IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE CO., Plaintiff, | No. 2:11-CV-249 GGH |
| vs. | |
| JOHN STEFFES et al. | ORDER |
| Defendant. | |

In finalizing the order regarding a possible stay of this action pending resolution of the underlying tort action (2:10-CV-2150 GEB EFB), it came to mind that there were reasons for relating the two cases under the local rules of this court, and not many reasons, if any, for not relating them.

If the cases were related and/or consolidated, there would only have to be one trial with the trial judge or jury in the underlying tort action making the necessary factual/legal findings, as appropriate, related to the declaratory relief action.  This makes more sense than holding two trials on the same events.

/////

/////

/////

/////

1

1        Therefore, within seven days from the filed date of this order, the parties herein
2 shall agree to file a related case request in *each case*, Eastern District Local Rule 123, or shall
3 show cause *before the undersigned* why the cases should not be related.
4 IT IS SO ORDERED

6 DATED: May 11, 2011

                                               /s/ Gregory G. Hollows

                                       _____
                                       GREGORY G. HOLLOWS
                                       UNITED STATES MAGISTRATE JUDGE