IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, an Illinois Corporation, | ) ) ) | 2:11-cv-0249-GEB-EFB |
| Plaintiff, | ) ) | |
| v. | ) ) | <u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE</u> |
| JOHN STEFFES and DOUGLAS C. DUIN, | ) ) ) | |
| Defendants. | ) ) | |

The Joint Status Report filed June 30, 2011 ("JSR") reveals this case is not ready to be scheduled since the parties state in the JSR that there is a pending Motion to Stay, in which Defendants argue this insurance "coverage action should be stayed until the underlying [related personal injury] action is concluded." (ECF No. 3:10-14.)

The hearing on the referenced Motion to Stay was vacated in the Related Case Order filed on May 23, 2011 (ECF No. 35), which reassigned this action from Magistrate Judge Gregory G. Hollows, and the moving party has not rescheduled the matter for hearing before the undersigned judge. Therefore, the Motion to Stay must be re-noticed for hearing on the undersigned judge's earliest available law and motion date. No further briefing is permitted.

Further, the Status (Pretrial Scheduling) Conference scheduled for hearing on July 18, 2011 is continued to October 3, 2011 at 9:00

1 | a.m.   A further joint status report shall be filed no later than
2 | fourteen (14) days prior.
3 |         IT IS SO ORDERED.
4 | Dated:  July 8, 2011

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```